IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHARON ELAINE ALLEN, PERSONAL REPRESENTATIVE FOR ANTHONY HUDSON; DECEASED,<br>    Plaintiff,<br>v.<br><br>DIALYSIS CLINIC INC.<br>    Defendant. | Case No. 1:23-cv-311 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1332, 1441, and 1446, defendant Dialysis Clinic Inc. hereby removes to this Court the above-styled action, filed as *Allen v. Dialysis Clinic Inc.*, No. 49D12-2301-CT-003069 (Marion Co. (Ind.) Super. Ct.), and in support thereof, states as follows:

1.    The complaint in this litigation was filed in the Marion County Superior Court, and a summons was issued by the clerk of that Court, on January 24, 2023. (Exhibit A (summons and complaint).) This notice of removal is therefore timely, under 28 U.S.C. §1446(b).

2.    This litigation is properly removed to this Court pursuant to 28 U.S.C. §1441 because this Court has diversity jurisdiction over the case, pursuant to 28 U.S.C. §1332.

3.    The plaintiff and the defendant in the case are completely diverse.

4.    First, the late Anthony Hudson was a citizen of Indiana, residing in Marion County, Indiana. (Exhibit A, ¶2.) Sharon Allen has been named personal representative of Anthony Hudson's estate. (Exhibit A, ¶6.) Under 28 U.S.C. §1332(c)(2), "the legal representative of the estate of a decedent shall be deemed to be a citizen only of the same State as the decedent." As such, Ms. Allen is to be considered an Indiana citizen for all relevant purposes.

5. Second, for the purposes of diversity jurisdiction, Dialysis Clinic Inc. is a resident of Nashville, Tennessee. Under 28 U.S.C. §1332(c)(1), "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business…." Dialysis Clinic Inc. is incorporated under the laws of Tennessee; therefore, it is a Tennessee citizen. *See* Exhibit B (certificate of existence from Tennessee Secretary of State)

6. For diversity purposes, a corporation's principal place of business is its "nerve center," which is "the place where the corporation's high level officers direct, control, and coordinate the corporation's activities." *Page v. Democratic National Committee*, 2 F.4th 630, 635 (7th Cir. 2021) (citing *Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010). Under *Metropolitan Life Ins. Co. v. Estate of Cammon*, 929 F.2d 1220, 1223 (7th Cir. 1991), "corporations have one "principal" place of business for purposes of 28 U.S.C. § 1332(c)(1)." *Accord*, *Bond v. Veolia Water Indianapolis LLC*, 571 F.Supp.2d 905, 913 (S.D.Ind. 2008) and *Broadwater v. Heidtman Steel Products Inc.*, 300 F.Supp.2d 671, 672-673 (S.D.Ill. 2003). All of Dialysis's Clinic Inc.'s leadership resides in and around Nashville, Tennessee. *See* Exhibit B and Exhibit C (annual report filed with Indiana Secretary of State). Therefore, Dialysis's principal place of business is Nashville, Tennessee.

7. Hence, as plaintiff is a citizen of Indiana and defendant is a citizen of Tennessee, this case is between citizens of different states and the requirement of complete diversity has been met. *See* 28 U.S.C. §1332(a)(1).

8. The $75,000 amount-in-controversy requirement of 28 U.S.C. §1332(a) has also been met.

9. Plaintiff's complaint does not demand a certain amount in damages. (*See* Exhibit A.) Pursuant to 28 U.S.C. §1446(c), the notice of removal may assert the amount in controversy

in such circumstances, and the Court may determine (by a preponderance of the evidence) that the amount asserted exceeds $75,000.

10. On information and belief (based upon a review of the medical bills produced by plaintiff), the late Mr. Hudson incurred a minimum of $69,492.47 in medical bills on or around the date of the incident in question (*i.e.*, January 29, 2021).[1] Mr. Hudson may have required further medical treatment on account of the injuries he allegedly sustained. In addition, Ms. Allen is also seeking damages for Mr. Hudson's pain and suffering; taking that together with the amount in billed for Mr. Hudson's medical treatment yields the result that the amount in controversy exceeds $75,000.

11. A copy of this notice will be filed with the clerk of the Marion County Superior Court, and will be served on counsel for plaintiff by mail and e-mail (specifically, to Poynter & Bucheri LLC, 4202 Madison Avenue, Indianapolis, Indiana 46227, and to both rich@pb-law.com and john@pb-law.com), all pursuant to 28 U.S.C. §1446(d).

12. A copy of the state court docket in the litigation is attached as Exhibit D, and shows that the complaint and summons (attached here as Exhibit A, in line with 28 U.S.C. §1446(a)) are the only items filed in the case to date

WHEREFORE, defendant Dialysis Clinic Inc. hereby removes to this Court the above-styled action, filed as *Allen v. Dialysis Clinic Inc.*, No. 49D12-2301-CT-003069 (Marion Co. (Ind.) Super. Ct.), pursuant to 28 U.S.C. §1441 and all other applicable laws and rules.

Respectfully submitted,

DIALYSIS CLINIC INC.

By: /s/ Thomas E. Soule

John W. Patton, Jr.
Thomas E. Soule
Justin M. Caparco
PATTON & RYAN LLC

---

[1] If the Court requires, defendant would produce the medical billing relied upon here for *in camera* inspection, or through a filing under seal, in order to preserve the confidentiality of these records.

330 North Wabash Avenue, Suite 3800
Chicago, Illinois 60611
Phone: (312) 261-5160
Fax: (312) 261-5161
jpatton@pattonryan.com
tsoule@pattonryan.com
jcaparco@pattonryan.com

# CERTIFICATE OF SERVICE

    I hereby certify that on February 17, 2023, a copy of the foregoing document was served via mail, and e-mail, on the following counsel:

                Respectfully submitted,

                DIALYSIS CLINIC INC.

      By:    /s/ Thomas E. Soule

John W. Patton, Jr.              Thomas E. Soule
Thomas E. Soule
Justin M. Caparco
PATTON & RYAN LLC
330 North Wabash Avenue, Suite 3800
Chicago, Illinois 60611
Phone: (312) 261-5160
Fax: (312) 261-5161
tsoule@pattonryan.com
jcaparco@pattonryan.com

**Attorneys for Plaintiff**
John D. Norman
Richard C. Bucheri
POYTNER & BUCHERI, LLC
4202 Madison Avenue
Indianapolis, Indiana 46227
Phone: (317) 780-8000
Fax: (317) 780-7050
rich@pb-law.com
john@pb-law.com