Acknowledged.
JRS, DJ, 4/17/2023.
Distribution to all counsel of record via CM/ECF.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHARON ELAINE ALLEN, PERSONAL REPRESENTATIVE FOR ANTHONY HUDSON, DECEASED,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DIALYSIS CLINIC INC.<br>　　　　Defendant. | Case No. 1:23CV311<br>Hon. James Sweeney II, J.<br>Hon. Mario Garcia, M.J. |

**STIPULATION OF DISMISSAL**

The parties, by counsel, hereby stipulate to the dismissal of this litigation, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with prejudice and with costs awarded to neither party.

Respectfully submitted,

Sharon Elaine Allen,
personal representative for
Anthony Hudson, deceased                    Dialysis Clinic, Inc.

/s/ Richard Bucheri                         /s/ Thomas E. Soule
Richard Bucheri                             Thomas E. Soule
Poynter & Bucheri LLC                       Patton & Ryan LLC
4202 Madison Avenue                         330 North Wabash Street, Suite 3800
Indianapolis, Indiana 46227                 Chicago, Illinois 60611
(317) 780-8000                              (312) 261-5160
rich@pb-law.com                             tsoule@pattonryan.com

**CERTIFICATE OF SERVICE**

I, Thomas E. Soule, on penalty of perjury pursuant to 28 U.S.C. §1746 and all other applicable laws and rules, hereby certify that the preceding document was served on counsel for plaintiff, John Norman and Richard Bucheri (john@pb-law.com, rich@pb-law.com), by e-mail, on April 14, 2023.

/s/ Thomas E. Soule
Thomas E. Soule